UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Keith Russell Judd</u>

        v.                         Case No. 10-cv-86-PB

<u>United States of America</u>

## O R D E R

Keith Russell Judd has filed a notice of appeal from my March 16, 2010 order dismissing his petition for lack of jurisdiction to act on his motion. Because the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See U.S.C . § 2253 (c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2255; First Cir. LR 22.0

SO ORDERED.

April 15, 2010                            /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

cc:    Keith Russell Judd, Pro se