```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

<u>Keith Russell Judd</u>

    v.                    Case No. 10-cv-86-PB

<u>USA</u>

<u>ORDER</u>

     Re: Document No. 21, Motion for Access to Law Books in Law Library

     Ruling: I do not know whether I have authority to act on the motion because the case is on appeal. I need not answer the question, however, I would not grant plaintiff the relief he requests even if my authority to act were clear. The plaintiff is not entitled to the relief he seeks because he has failed to adequately explain why he cannot obtain access to the materials he needs through the use of the computer. Motion denied.

                                      <u>/s/ Paul Barbadoro</u>
                                      Paul Barbadoro
                                      U.S. District Judge

Date:  September 23, 2010

cc:  Keith Russell Judd, Pro Se